NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8825
    Facsimile: (415) 744-0134
    Email: Jennifer.Tarn@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| MAURICE JAMALL TUCKER, | ) No. 5:17-cv-01581-PLA |
| | ) |
| Plaintiff, | ) **JUDGMENT** |
| | ) |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security, | ) ) ) ) ) |
| | ) |
| Defendant. | ) ) |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: April 10, 2018

*Paul L. Abrams*

HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE